# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

(1) STEVENS TRUCKING CO.

    Plaintiff(s)

vs.

Case Number:  5:25-cv-01031-SLP

(2) J.B.HUNT TRANSPORT SERVICE

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

STEVENS TRUCKING CO.
[name of party]

who is a (check one)   [✔] PLAINTIFF    [ ] DEFENDANT    in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   [ ] YES    [✔] NO

2. **Does party have any parent corporations?**

   (Check one)   [ ] YES    [✔] NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   [ ] YES    [✔] NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 17th day of September, 2025.

| | |
|---|---|
| s/ Hailey M. Hopper | |
| Signature | |
| Hailey M. Hopper | OBA No. 31093 |
| Printed Name | Bar Number |
| Pierce Couch Hendrickson Baysinger & Green, L.L.P. | |
| Firm Name | |
| P.O. Box 26350 | |
| Address | |
| Oklahoma City | OK    73126 |
| City | State   ZIP |
| 405-235-1611 | 405-235-2904 |
| Phone | Fax |
| hhopper@piercecouch.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ___9/17/25_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/ Hailey M. Hopper
Signature