IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVENS TRUCKING CO. AND<br>WESTERN FLYER EXPRESS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC.,<br><br>    Defendant. | Case No. CIV-25-1031-SLP |

**O R D E R**

    Before the Court is Defendant J.B. Hunt Transport Services, Inc.'s Motion to Dismiss and Brief in Support Thereof [Doc. No. 8]. Subsequent to the filing of Defendant's Motion, Plaintiffs filed an Amended Complaint [Doc. No. 11]. "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant's Motion to Dismiss [Doc. No. 8] is DENIED AS MOOT.

    IT IS SO ORDERED this 23rd day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE