### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVENS TRUCKING CO. AND WESTERN FLYER EXPRESS LLC,   )<br>)<br>    Plaintiffs,   )<br>)<br>v.   )     Case No. CIV-25-1031-SLP<br>)<br>J.B. HUNT TRANSPORT, INC.,   )<br>)<br>    Defendant.   ) | |

### **O R D E R**

Before the Court is Plaintiffs' Response to Order to Show Cause [Doc. No. 18]. The Court directed Plaintiffs to show cause why their Amended Complaint [Doc. No. 11] should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with Fed. R. Civ. P. 8(a). Plaintiffs have acknowledged "the Court's concern about the length and detail of Plaintiffs' First Amended Complaint" and request leave from the Court to file a Second Amended Complaint which is attached as Exhibit 1 to their Response. Upon review, and mindful of the specific pleading requirements addressed in Plaintiffs' Response, the Court finds Plaintiffs should be granted leave to file the proposed Second Amended Complaint.

IT IS THEREFORE ORDERED that Plaintiffs shall file their Second Amended Complaint, in the form attached to the Response, on or before November 10, 2025.

IT IS SO ORDERED this 7th day of November, 2025.

						_____
						SCOTT L. PALK
						UNITED STATES DISTRICT JUDGE